UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT WILLIAM LAWVER, | Case No. 3:16-cv-00379-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN, *et al.*, | |
| Respondents. | |

Respondents' motion for an enlargement of time (ECF No. 18) is granted, and the time for respondents to file a response to petitioner's show-cause response (ECF No. 16) is extended up to and including December 18, 2017.

DATED THIS 11h day of December 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE