UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT WILLIAM LAWVER,<br><br>　　　　　　　　Petitioner,<br>v.<br>WARDEN, *et al.,*<br><br>　　　　　　　　Respondents. | Case No. 3:16-cv-00379-MMD-VPC<br><br>ORDER |

In connection with the pending show-cause inquiry as to whether petitioner's federal habeas petition is subject to dismissal as untimely, it is ordered that within thirty (30) days of entry of this order respondents must file supplemental exhibits consisting of: (a) a declaration by an appropriate officer or records custodian authenticating the relevant pages from the pertinent mail log or logs showing receipt of legal mail by petitioner for the period from February 16, 2016, through June 30, 2016, with the remaining entries for other prisoners on the log pages being redacted; and (b) a copy of the transcript of the April 26, 2011, plea colloquy, if previously prepared, which may be filed under seal if the transcript also was filed under seal in the state court.

DATED THIS 9th day of April 2018.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE