# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT WILLIAM LAWVER,<br><br>             Petitioner,<br>   v.<br>WARDEN, *et al.*,<br><br>             Respondents. | Case No. 3:16-cv-00379-MMD-VPC<br><br>ORDER |

Respondents' motion for an enlargement of time (ECF No. 22) is granted, and the time for Respondents to file supplemental exhibits as directed by the Court's prior order (ECF No. 21) is extended up to and including May 23, 2018.

DATED THIS 10th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE