UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT WILLIAM LAWVER,<br><br>                                      Petitioner,<br>     v.<br>WARDEN, *et al.*,<br><br>                                      Respondents. | Case No. 3:16-cv-00379-MMD-CBC<br><br>ORDER |

Court mail has been returned from the last institutional address given by Petitioner with a notation indicating that he has been discharged. The inmate locator on the state corrections department's website similarly reflects that Petitioner has been released. Petitioner has not filed an updated notice of change of address. Therefore, Petitioner has failed to comply with Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address.

It is therefore ordered that this action is dismissed without prejudice.

The Clerk will enter final judgment accordingly.

DATED THIS 17th day of October 2018.

                                                  MIRANDA M. DU
                                                  UNITED STATES DISTRICT JUDGE