UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT WILLIAM LAWVER,

Petitioner,

v.

WARDEN, *et al.*,

Respondents.

Case No. 3:16-cv-00379-MMD-CBC

ORDER

It is ordered that Petitioner's request for copies (ECF No. 32) is GRANTED. The Clerk of Court must send copies of the minute order entry dated August 29, 2018 (ECF No. 27), the notice of returned mail entered on September 10, 2018 (ECF No. 28), the Court's order dismissing this action (ECF No. 29), the judgment (ECF No. 30), and the notice of returned mail entered on October 30, 2018 (ECF No. 31) to Petitioner at his updated address of record:

Robert Lawver

P.O. Box 40083

Reno, NV 89504

DATED THIS 20th day of November 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE